# Court of Appeals
# of the State of Georgia

ATLANTA,  March 05, 2020

*The Court of Appeals hereby passes the following order:*

## A20D0304.  ERMIAS ABERRA v. IDLEWOOD CONDOMINIUM ASSOCIATION, INC.

In this civil action, defendant Ermias Aberra has filed a timely application for discretionary review of the trial court's order granting summary judgment to plaintiff Idlewood Condominium Association, Inc. and entering final judgment in favor of Idlewood in the total amount of $10,849.57.  No discretionary application is required, however, as: (i) the grant of summary judgment on any issue or as to any party may be appealed directly under OCGA § 9-11-56 (h); (ii) under OCGA § 5-6-34 (a) (1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35"; and (iii) this action does not appear to fall within one of the categories of cases for which a discretionary application is required to seek appellate review under OCGA § 5-6-35 (a).

Under OCGA § 5-6-35 (j), this Court "shall grant" a timely application for discretionary review if the lower court's order is subject to direct appeal.  See, e.g., *Granite Loan Solutions, LLC v. King*, 334 Ga. App. 305, 306 (2) (779 SE2d 86) (2015); *City of Rincon v. Couch*, 272 Ga. App. 411, 411-412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED.  Aberra shall have ten days from the date of this order to file a notice of appeal with the trial court, if Aberra has not

already done so.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   03/05/2020                *
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*